**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Zakkiyya A. Greene

                                    Plaintiff,

v.                                                    Case No.:
                                                             1:22−cv−02216

                                                              Honorable Matthew F. Kennelly

Chicago Public School Burnham Elementary
Administration Staff, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 6, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court entered judgment dismissing this case on 1/3/2023. Plaintiff has now filed (another) amended complaint. Plaintiff already sought reconsideration of the dismissal once; the Court denied that request. Plaintiff is advised that her remedy at this point if she wishes to challenge the Court's ruling is to file a notice of appeal. The proposed amended complaint is not properly before the Court and is therefore stricken. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.